MICHAEL J. COLLINS, Appellant, v. FRANCIS W. MATTHEWS and MARY J. MATTHEWS, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur, except McCurn, J., who dissents and votes for reversal and denial of the motion. (The order directs plaintiff to appear for examination before trial, in an action for damages for personal injuries sustained by reason of having been struck by an automobile.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JAMES COTTRILL, Respondent, v. ANTHONY FRISICANO and CHARLES FRISICANO, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

## FIRST DEPARTMENT, NOVEMBER, 1940.
### (November 1, 1940.)

ANNETTE STEINBERG, Appellant, v. FRANK STEINBERG, Respondent.

PER CURIAM. We think temporary alimony of seventy-five dollars per week required to be paid by the order of April 16, 1938, under present conditions, should be reduced but that alimony of forty dollars per week is less than the defendant can afford to pay.

The order should be modified to provide for alimony of sixty dollars per week, and as so modified affirmed, without costs.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Order unanimously modified to provide for alimony of sixty dollars per week, and as so modified affirmed, without costs.

HENRY C. CITRON and HELEN ASHMAN, Respondents, v. WILLIAM E. NULTY and BEATRICE E. NULTY, Appellants.— Order entered January 12, 1940, denying defendants' motion for summary judgment unanimously affirmed, with ten dollars costs and disbursements to the respondents. Order entered April 11, 1940, so far as appealed from, striking out the first and second separate defenses in the amended answer, unanimously reversed, with ten dollars costs and disbursements to the appellants, and plaintiffs' motion in all respects denied, on the ground that the third and fourth defenses contained in the amended answer present issues of fact which preclude the granting of summary judgment in favor of the plaintiffs. (King Motor Sales Corp. v. Allen, 209 App. Div. 281.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.